Abran E. Vigil
Nevada Bar No. 7548
Lindsay Demaree
Nevada Bar No. 12710
BALLARD SPAHR LLP
100 North City Parkway, Suite 1750
Las Vegas, Nevada 89106-4617
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
E-Mail: vigila@ballardspahr.com
E-Mail: demareel@ballardspahr.com

*Attorneys for Defendant Chase*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BRIAN A. WALSH,<br><br>    Plaintiff,<br><br>v.<br><br>CAPITAL ONE BANK USA, N.A., CHASE BANK USA, N.A., SPECIALIZED LOAN SERVICING, LLC and EQUIFAX INFORMATION SERVICES, LLC,<br><br>    Defendants. | Case No.: 2:15-cv-02349-JAD-NJK<br><br>STIPULATION AND ORDER TO EXTEND CHASE'S TIME TO RESPOND TO PLAINTIFF'S COMPLAINT<br><br>(First Request) |

Plaintiff and JPMorgan Chase Bank, N.A., referred to as Chase Bank USA, N.A. ("Chase") stipulate and agree that Chase has up to and including February 3, 2016 to respond to plaintiff's complaint, as the parties discuss potential resolution of the claims alleged against Chase. This request is made in good faith and not made for purposes of delay.

**IT IS SO ORDERED.**

Dated: December 15, 2015.

_____
UNITED STATES DISTRICT JUDGE

DMWEST #13471296 v2

121035

Dated: December 15, 2015

| Ballard Spahr LLP | Kazerouni Law Group, APC |
|---|---|
| By: /s/ Lindsay Demaree<br>Abran E. Vigil<br>Nevada Bar No. 7548<br>Lindsay Demaree<br>Nevada Bar No. 11949<br>100 North City Parkway, Suite 1750<br>Las Vegas, Nevada 89106<br><br>*Attorneys for Defendant Chase* | By: /s/ Michael Kind<br>Michael Kind<br>Nevada Bar No. 13903<br>7854 W. Sahara Avenue<br>Las Vegas, Nevada 89117<br>800-400-6808<br>mkind@kazlg.com<br><br>Haines & Krieger, LLP<br>David H. Krieger<br>Nevada Bar No. 9086<br>8985 S. Eastern Avenue, Suite 350<br>Henderson, Nevada 89123<br>(702) 880-5554<br>Email: dkrieger@hainesandkrieger.com<br><br>*Attorneys for Plaintiff* |

## ORDER

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: _____

*(Order box struck through with a large red "X".)*